12/30/69 **1.** Filed MOTION TO TRANSFER FOR COORDINATED PP by plaintiffs Bankers Trust Co., Explorer Fund, and Glen C. Jeckel (Mass.) to transfer two actions from New York, S. and one action from New York, E. to District of Massachusetts.

1/5/70 Filed CERTIFIED OF SERVICE for above motion.

1/5/70 **2** Filed MOTION TO TRANSFER FOR COORDINATED PP by plaintiff The U. S. Fund N. V. (Mass., 69-1287-C) to transfer New York actions to Massachusetts.

1/5/70 **3** Filed NOTICE OF MOTION WITH SUPPORTING AVERMENTS (BRIEF, CERTIFICATE OF SERVICE & L SET OF EXHIBITS) of Def. Revenue Properties Co. Limited

~~1/12/70   Filed AVERMENT IN SUPPORT OF MOTION BY REVENUE PROPERTIES (filed 1/5/70)~~

1/12/70   Filed HEARING ORDER for Jan. 23, 1970 in Washington, D. C.

1/12/70 **4** Filed AVERMENT OF PL. CANTATORE SUPPORTING MOTION BY DEF. REVENUE PROPERTIES.

1/12/70   Mailed Hearing Order to Parties in Schedule B actions.

1/13/70   Mailed Hearing Order to Parties in Schedule A Actions.

1/15/70 **5** Filed Averments in Support of Def. Motion by Pl. Milton Frisch.

1/16/70 **6** Filed Averment of Def. John Russell Campbell, Helmut Frost, Samuel Fotfird & Charles J. Hodge in support of motion by def. Revene Properties.

1/16/70 **7** Filed Motion to Transfer by Plaintiff Charles R. Robertson for Coordinated or Consolidated Pretrial Proceedings with Supporting Averments. (affi of Servic

1/16/70 **8** Filed Brief of Massachusetts movants with Averments of Fact in Regard to Motions to Transfer for Coordinated or Consolidated Pretrial Proceedings. w/ Exh. A thru E

1/20/69 **9** Filed Supplemental Notice of Motion of def. Revenue Properties adding additional actionto motion.

1/20/**70** Filed Order adding Signorelli Action (N.Y., S.) to Schedule A of hearing order.

1/20/70 Filed UNDERWRITERS' AVERMENTS IN SUPPORT OF CONSOLIDATION.

1/21/70 Filed AVERMENTS OF TOUCHE, ROSS & CO.

1/22/70 **12** Filed MOTION TO ADD Essex Fund v. Revenue Prperties (Mass., No. 70-88-C) to TRANSFER FOR CC PP. by plaintiff. (also brief w/averments)

1/22/70 **13** Filed Second Motion of Pl. Bankers Trust, Explorer Fund, Glen C. Jeckel, U. S. Fund, Essex Fund and Charles S. Robertson to transfer **four** actions (Robertson, Frisch, Cantatore & Signorelli) to Dist. of Mass for CC PP.

1/22/70 **14** Filed Responsive Averments and Brief in Opposition by Defendants Jefferies & Co., Neuberger & Berman, A. W. Jones & Co., A. W. Jones Associates, Grace Canadian Securities, Inc. and W. D. Latimer Co., Ltd.

1/22/70 **15** Filed Averments of Def. Glore Forgan, Wm. Staats, & Bache * Co. (State St)

1/22/70 **16** Filed Reply Memorandum of 49 Underwriters

1/22/70 **17** Filed Reply Memorandum of Def. Revenue Properties.

1/23/70 **18** Filed Averments of Def. Alex J. Rubin, Harry Rubin, Shirley Rubin and their Family Trusts.

1/23/70 **19** Letter fr pl. State Street Investment agreeing to transfer of litigation to Massachusetts.

DOCKET NO. 32 - MULTIDISTRICT PRIVATE SECURITIES ACTIONS INVOLVING REVENUE PROPERTIES COMPANY LIMITED



D. C. 110 Rev. Civil Docket Continuation

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 1/26/70 | Filed STATEMENT OF MASS. ATTORNEY FOR CERTAIN DEFENDANTS IN ALL MASS. CASES IN SUPPORT OF MOTION TO TRANSFER TO S. DISTRICT OF N.Y. | |
| 1/27/70 | Filed CONSENT OF TRANSFEREE COURT signed by Chief Judge Wyzanski of District of Mass. to assignment of litigation to Judge And-ew A. Caffrey | |
| 2/27/70 | Filed OPINION AND ORDER transferring seven actions from S.D. N.Y. and assigning them to District of Massachusetts and Judge Andrew A. Caffrey All Mass. actions have been assigned by that court to J. Caffrey. | |
| 3/5/70 | IRVING GLINERT V. SEYMOUR BASKIN, ET AL, N.Y., S., NO. 70Civ79 CTO ENTERED TODAY.  SENT TO ALL COUNSEL AND INVOLVED JUDGES | |
| 3/17/70 | IRVING GLINERT V. SEYMOUR BASKIN, ET AL., N.Y.., S., NO. 70 Civ 79 CTO EFFECTIVE TODAY.  NOTIFIED TRANSFEREE CLERK AND INVOLVED JUDGES | |
| 3/27/70 | MARTIN SOSNOFF, et al v. Revenue Properties Co. Ltd., et al, N.Y., S., No. 70 Civ 615  CTO ENTERED TODAY.  SENT TO ALL COUNSEL AND INVOLVED JUDGES | |
| 4/2/70 | FREDA VIRTUE ET AL V. REVENUE PROPERTIES CO. LTD., et al, N.J., Civil Action No. 245-70.  CTO ENTERED TODAY.  SENT TO ALL COUNSEL AND INVOLVED JUDGES | |
| 4/7/70 | MARTIN SOSNOFF, et al v. Revenue Properties Co. Ltd., et al, N.Y., S., No. 70 Civ 615.  CTO EFFECTIVE TODAY.  NOTIFIED TRANSFEREE CLERK AND INVOLVED JUDGES | |
| 4/9/70 | ISI CORPORATION, ET AL V. REVENUE PROPERTIES COMPANY LTD., et al, S.D. N.Y., No. 70 Civ 1254 | |
| 4/14/70 | ISI CORP., ET AL V. REVENUE PROPERTIES COMPANY LTD., et al, S.D. N. Y., No. 70 Civ 1254 CTO EFFECTIVE TODAY.  NOTIFIED TRANSFEREE CLERK AND INVOLVED JUDGES | |
| 4/15/70 | FREDA VIRTUE ET AL V. REVENUE PROPERTIES CO. LTD., et al, N.J., No. 245-70 CTO EFFECTIVE TODAY.  NOTIFIED TRANSFEREE CLERK AND INVOLVED JUDGES | |
| 4/20/70 | U.S. TRUST COMPANY V. White Weld & Co., et al, N.Y., S., No. 70Civ1298 ISI TRUST FUND V. Gardiner Watson Ltd., et al, N.Y., S., No. 70 Civ1450 CTO ENTERED TODAY.  SENT TO ALL COUNSEL AND INVOLVED JUDGES | |
| 4/30/70 | GLADYS M. DENHOLM, et al v. Revenue Properties Co., Ltd., et al N.J., No. 461-70.  CTO ENTERED TODAY.  SENT TO ALL COUNSEL AND INVOLVED JUDGES | |
| 5/11/70 | U.S. TRUST CO. V. WHITE WELD & CO., et al, N.Y., S., No. 70 - 1298 ISI TRUST FUND V. GARDINER WATSON LTD., et al, N.Y., S., No. 70 Civ 1450  CTO EFFECTIVE TODAY.  NOTIFIED TRANSFEREE CLERK AND INVOLVED JUDGES | |
| 5/8/70 | WHITE ∵ WELD & CO., V. GILLIGAN, WILL & CO., et al, S.D. N.Y., No. 70 Civ 1493 CTO ENTERED TODAY.  SENT TO ALL COUNSEL AND INVOLVED JUDGES Unable to serve defendants Grant Investments Ltd. and Lake & Co. as addresses are not known to Panel. | |
| 5/12/70 | GLADYS M. DENHOLM, ET AL V. REVENUE PROPERTIES COMPANY LTD., et al, N. J., No. 461-70 CTO EFFECTIVE TODAY. NOTIFIED TRANSFEREE CLERK AND INVOLVED JUDGES | |
| 5/18/70 | Notice of Opposition fr. def. A. L. Stamm & Co. in White, Weld & Co. v. Gilligan, Will & Co., et al., S.D. New York, No. 70 Civ 1493 | |
| 5/18/70 | Ltr/request of def. Loeb, Rhoades & Co. for ext. of time for filing opposition of add. 30 days. in White,=Weld v. Gilligan, Will | |
| 5/18/70 | ORDER staying execution of CTO in White, Weld. v. Gilligan, Will and granting to 6/17 time for filing Motions to Vacate CTO. | |
| 5/20/70 | BUTLER DATA SYSTEMS PROFIT SHARING TRUST BY UNION BANK , ET AL. V. REVENUE PROPERTIES CO. LTD. N.Y. S. 70 Civ 1571, CTO entered today.  Sent to all counsel and involved judges. | |



| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 5/22/70 | RICHARD L. FRANK V. WHITE, WELD & COMPANY, N.D. Calif., 70-C-740, CTO entered today.  Sent to all counsel and involved judges. | |
| 6/2/70 | BUTLER DATA SYSTEMS PROFIT SHARING TRUST by Union Bank, et al v. Revenue Properties Co. Ltd., et al, N.Y., S., No. 70 Civ 1571 RICHARD L. FRANK V. WHITE, WELD & CO., N.D. CALIF., NO. C 70-740 CTO EFFECTIVE TODAY.  NOTIFIED TRANSFEREE CLERK AND INVOLVED JUDGES | |
| 6/5/70 23 | Filed Notice of Opposition to C.T.O. filed 5/22/70 N.D. Calif., No. C-70-740. BY Dinkelspiel & Dinkelspiel.  Opposition denied, notice sent by telegram, to Dinkelspiel. | |
| 6/11/70 24 | Motion to Remand Frank v. White Weld & Co., N.D. Cal., C-70 740 ACW | |
| 6/15/70 | WHITE, WELD & CO. V. GILLIGAN, WILL & CO., ET AL, S.D. N.Y., No. 70 Civ 1493.  CTO EFFECTIVE TODAY NOTIFIED TRANSFEREE CLERK AND INVOLVED JUDGES.  ENTERED ORDER LIFTING STAY OF THE 5/8/70 CTO. SENT TO TRANSFEREE CLERK, INVOLVED JUDGES AND TRANSFEROR CLERK. | |
| 6/26/70 25 | Responses to averments in plaintiff's motion for order remanding to to N.D. Calif. and Brief in Opposition by Def. | |
| 7/6/70 26 | Filed Pl. reply to brief opposing pl.'s motion to remand to N.D Calif. Proof of serv. by mail. | |
| 7/28/70 | FILED - Order denying plaintiffs' motion to remand Civil Action No. C-70-740, N.D., Calif. to the N.D. Calif.  Sent to all counsel, transferee and transferor judges and clerk, all publishers and to the members of the Judicial Panel. | |
| 2/19/71 | ORDER - designating Judge Raymond J. Pettine as deposition Judge. for various defendants as follows (Bankers Trust Co., Federal St. Fund, The Second Federal St. Fund, Inc., State St. Investment Corp., Butler Data Systems Profit Sharing Trust, by Union Bank, Essex Fund, ISI Corp., Technivest, Trustees Equity Fund, George Coleman, The U.S. Fund, N.B., Thorndike, Doran, Paine & Lewis, Inc.) | |
| 4/6/71 | LAKE MEAD PROPERTIES, INC. V. REVENUE PROPERTIES, NEVADA, 1593 CTO entered today.  Sent to Service Counsel and involved judges. | |
| 4/22/71 | LAKE MEAD PROPERTIES, INC. V. REVENUE PROPERTIES, NEVADA, 1593 CTO Effective today.  Sent to transferee clerk and involved judges. | |
| 7/13/71 | PHILLIP MILLER V. HARRIS UPHAM & CO. AND DESON SZE V. REVENUE PROPERTIES, CO. LTD. , S.D.N.Y. 71 Civ. 1332 CTO entered today.  Notified counsel of record and involved judges. | |
| 7/28/71 27 | PHILLIP MILLER V. HARRIS UPHAM & CO AND DESON SZE V. REVENUE PROPERTIES, CO., LTD., S.D.N.Y. 71 Civ. 1332 Notice of Opposition received from plaintiff.  Order entered stay 7/13/71 CTO.  Sent to counsel. | |
| 8/12/71 28 | PHILLIP MILLER V. HARRIS UPHAM & CO., INC. AND DESON SZE V. REVENUE PROPERTIES CO., LTD.  Plaintiff's Brief to Motion to Vacate CTO.w/ certificate of service. | |
| 8/20/71 29 | PHILLIP MILLER V. HARRIS UPHAM & CO. AND DESON SZE., V. REVENUE PROPERTIES CO. LTD.  Brief in opposition to plaintiff's motion to vacate CTO from defendants Revenue Properties, Rubin defendants, Touche, Ross & Co., Campbell, Frost, Gotfrid, Sutherland, Hodge and Mann and defendant Underwriters. w/certificate of service. | |



| Date | Pleading Number | |
|------|---------|---|
| 8/20/71 | | PHILLIP MILLER V. HARRIS UPHAM & CO., INC AND DESON SZE V. REVENUE PROPERTIES CO., LTD. - HEARING ORDER entered.  Set for 9/24/71 *Wash. DC* hearing.  Notified liaison counsel and judges. |
| ~~XXXX~~XX 10/20/71 | | PHILLIP MILLER V. HARRIS UPHAM & CO., INC AND DESON SZE V. REVENUE PROPERTIES CO., LTD. - OPINION AND ORDER lifting Stay of 7/13/71 CTO and transmitting order to D. of Mass. to Judge Caffrey pursuant to 28 U.S.C. §1407. |

Per Curiam Opinion & Order of 2/27/70 cited at 309 F. Supp. 1002 (1970)
"         "         "      7/23/70   "    "  314 F. Supp. 255 (1970)   DOCKET NO.   32
"         "      10/20/71    "    -  353 F. Supp. 558 (1971)

DOCKET  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

MULTIDISTRICT PRIVATE SECURITIES ACTIONS INVOLVING REVENUE PROPERTIES COMPANY LIMITED

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 * | Bankers Trust Company, etc., et al. v. Revenue Properties Company, Limited, et al. *dismissed 2/12/72* | Mass. 69-1149C | Caffrey | | 32-3 |
| A-2 * | Explorer Fund, et al. v. Revenue Properties Company Limited, et al *dismissed 2/12/72* | Mass. 69-1150C | " | | 32-4 / 32-5 |
| A-3 * | Glen C. Jeckel v. Revenue Properties Company Limited, et al. *dismissed 1/11/72* | Mass. 69-1151C | " | | 32-6 |
| A-4 | The U. S. Fund N. V. v. Revenue Properties Company, Ltd., et al *dismissed 2/10/72* | Mass. 69-1287-C | " | | |
| A-5 * | Charles S. Robertson, etc. v. Revenue Properties Company Limited, et al. *dismissed 2/17/72* | N.Y., S. 69-4911 | Tyler | | 32-14 |
| A-6 * | Milton Frisch, et al. v. Revenue Properties Company Limited, et al. *dismissed 1/11/72* | N.Y., S. 69-3026 | | | 32-10 |
| A-7 * | Joseph Cantatore, et al, v. Alex J. Rubin, et al. *dismissed 1/11/72* | N.Y., S 69Civ 5678 | | | 32-15 |
| A-8 | Jefferies & Company, Inc. v. W. D. Latimer Co., Limited, et al. | N.Y., S. 69 Civ 4878 | | | 32-13 |
| B-1 | Grace Canadian Securities, Ltd. v. Neuberger & Herman, et al. | 69 Civ 4757 N.Y.,S. | | | 32-11 |
| B-2 | State Street Investment Corp., et al. v. Grace Canadian Securities, Inc., et al. | N.Y., S. 69 Civ 4766 | | | 32-12 |
| C-1 | Ernest L. Signorelli, et al. v. Harry Rubin, et al. *dismissed 1/10/72* | N.Y., S. 70 Civ 49 | | | 32-16 |
| C-2 | Essex Fund, Inc. v. Revenue Properties Company, Ltd., et al. *dismissed 2/12/72* | Massachusetts 70-88-C | | | 32-7 |
| X-1 | State Street Investment Corp., v. Dominion Securities Corp., et al. | Mass. 69-892-J | Julian | | 32-1 |
| X-2 | Second Federal Street Fund, Inc. v. Dominion Securities Corp., et al. | Mass. 69-893-J | Julian | | 32-2 |

*on original

** Transferred from E.D. N. Y. under §1404(a) (69-1280)

TAG-ALONG CASES

DOCKET NO.   32

DOCKET  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

MULTIDISTRICT PRIVATE SECURITIES ACTIONS INVOLVING REVENUE PROPERTIES
COMPANY LIMITED

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|-----|---------|------------------------|-------|---------------|-------|
| D-1 | Irving Glinert v. Seymour Baskin, et al. *dismissed 2/5/70* | S.D. N.Y. 70 Civ 79 | | 3/17/70 | |
| D-2 | Martin Sosnoff et al v. Revenue Properties Co., Ltd., et al *dismissed 2/5/72* | N.Y., S. 70 CIV 615 | | 4/7/70 | MDL 4/9/70 |
| D-3 | Freda Virtue et al v. Revenue Properties Co., Ltd., et al *dismissed 1/9/70 2/12/72* | N.J. 245-70 | Coola-han | | MDL 32-21 |
| D-4 | ISI Corporation, et al. v. Revenue, Properties Company Ltd. *dismissed 2/12/70* | S.D. New York 70 Civ 1254 | | | MDL |
| D-5 | U.S. Trust Company v. White Weld & Co., et al *dismissed 2/12/70* | N.Y., S. 70- 1298 | | 5/11/70 | MDL 32-24 |
| D-6 | ISI Trust Fund v. Gardiner Watson Limited, et al. *dismissed 2/12/70* | N.Y., S. 70 Civ 1450 | | 5/11/10 | MDL 32-25 |
| D-7 | Gladys M. Denholm, et al. v. Revenue Properties Company, Limited, et al *dismissed 2/5/72* | New Jersey 461-70 | Coola-han | 5/2/70 | MDL 32-26 |
| D-8 | White, Weld & Co. v. Gilligan, Will & Co. et al 5/8/70 *dismissed* | S.D. N.Y. 70 Civ 1493 | | 6/15/70 | 6/19/70 |
| D-9 | Butler Data Systems Profit Sharing Trust by Union Bank, et al v. Revenue Pro-berties Co. Ltd., et al *dismissed 2/12/72* | N.Y., S. 70 Civ1571 | Tyler | 6/2/70 | MDL 32-27 |
| D-10 | Richard L. Frank v. White, Weld & Company, *dismissed 2/12/72* | N.D. Calif. C-70-740 | Wollenberg | 6/2/70 | MDL 32-28 |
| XY-1 | Anthony J. Ruggeiro v. Revenue Properties Company Limited, et al. | Mass. 70-237-C | | *dismissed* | |
| Xy-2 | Bankers Trust Co., etc. v. Revenue Pro-Perties Company, Limited, et al. | Mass. 70-242-C | | *dismissed* | |
| XY-3 | Edward M. Sharzer v. Revenue Properties Company Limited, et al. | Mass. 70-942-C | | *dismissed* | |
| D-11 | Lake Mead Properties, Inc. v. REvenue Properties Co. Ltd., et al. *dismissed 2/12/72* | Nevada 1593 | | 07 ay 4/22/71 | 32-31 |

*18 transfers to 9/30* *2/12/70*

DOCKET NO.    32

DOCKET  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

REVENUE PROPERTIES LITIGATION

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| XYZ | Kenwood Associates, et al. v. Revenue Properties *dismissed* | Mass. 70-529-C | | | |
| XYZ | Howard Steinberg, et al. v. Revenue Properties *dismissed* | Mass. 70-530-C | | | |
| XYZ | Paul A. Rinden v. Revenue Properties *dismissed* | 70-720-C  Mass- | | | |
| D-12 | Phillip Miller v. Harris Upham & Co., Inc. and Deson Sze v. Revenue Properties Co. Ltd., et al. 7/13/71 *dismissed* *la dismissed 7 12/31/71* | S.D.N.Y. 71 Civ.1332 | OPPOSED | 10/20/71 | MDL-32-32 10/22/71 |

DOCKET NO.  32

**ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

## DESCRIPTION OF LITIGATION

MULTIDISTRICT PRIVATE SECURITIES ACTIONS INVOLVING REVENUE PROPERTIES
COMPANY LIMITED

ATTYS.

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| A-1 | Gerald F. Rath, Esquire<br>Herrick, Smith, Donald, Farley<br>& Ketchum<br>294 Washington Street<br>Boston, Massachusetts | ALL DEFENDANTS EXCEPT TOUCHE ROSS & CO.<br>Harold Hestnes, Esquire<br>Hale & Dorr<br>28 State Street<br>Boston, Massachusetts 02109 |
| A-2 | George T. Finnegan, Esquire<br>Ropes & Gray<br>225 Franklin Street<br>Boston, Massachusetts 02110 | TOUCHE ROSS & CO.<br>Daniel B. Bickford, Esquire<br>Ely, Bartlett, Brown & Proctor<br>225 Franklin Street<br>Boston, Massachusetts 02110 |
| A-3 | Stephen Moulton, Esquire<br>Moulton, Looney, Massone, Falk<br>& Markham<br>15 Broad Street<br>Boston, Massachusetts | |
| A-4 | Lawrence H. Adler, Esquire    (*)Below<br>Michaels, Adler & Wilcon<br>44 School Street<br>Boston, Massachusetts 02108 | |
| A-5 | Peter A. Kalat, Esquire<br>Curtis, Mallet-Prevost, Colt & Mosle<br>63 Wall Street<br>New York, New York  10005 | REVENUE PROPERTIES COMPANY LIMITED<br>James E. Tolan, Esquire<br>Olwine, Connelly, Chase, O'Donnell<br>& Weyher<br>299 Park Avenue<br>New York, New York  10017 |
| A-6 | Irving Bizar, Esquire<br>Demov, Morris, Levin & Shein<br>1180 Avenue of the Americas<br>New York, New York  10036 | CANADIAN INDIVIDUAL DEFENDANTS<br>Thomas W. Kelly, Esquire<br>Breed, Abbott & Morgan<br>One Chase Manhattan Plaza<br>New York, New York  10005 |
| A-7 | Melvyn I. Weiss, Esquire<br>Leibowitt, Milberg, Weiss & Fox<br>Two Pennsylvania Plaza<br>New York, New York  10001 | CAMPBELL, FROST & GOTFRID  (Indiv. def.)<br>Carter, Ledyard & Milburn<br>2 Wall Street<br>New York, New York  10005 |
| A-8 | Donovan, Leisure, Newton & Irvine<br>2 Wall Street<br>New York, New York  10005 | |
| | (*)   Robert J. McManus, Esquire<br>Surrey, Karasik, Greene & Hill<br>1156 15th Street, N.W.<br>Washington, D. C.  20005 | TOUCHE ROSS & CO.<br>Marvin Schwartz, Esquire<br>Sullivan & Cromwell<br>48 Wall Street<br>New York, New York  10005 |

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| B-1 ~~A-3~~ | ~~Gateway~~ Conboy, Hewitt, O'Brien & Boardman 20 Exchange Place New York, New York  10005 | 43 DEFENDANT UNDERWRITERS GLORE FORGAN, WM. R. STAATS, INC. (Def. in Robertson Action) A. E. AMES & CO., AMES & CO., LTD., & NATIONAL TRUST CO., LIMITED OF TORONTO (Defs. in Jefferies Action) |
| ~~A-10~~ B-2 | *Daniel N. Murphy* White & Case 14 Wall Street New York, New York | Dewey, Ballantine, Bushby, Palmer & Wood 140 Broadway New York, New York  10005 |
| | | DOMINION SECURITIES CORP. Seward & Kissell 25 Broad Street New York, New York 10004 |
| C-1 | Abraham I. Markowitz, Esquire 276 Fifth Avenue New York, N. Y.  10001 | |
| | | W. D. Latimer Co. Shearman & Sterling 53 Wall Street, New York  10005 |
| C-2 | Joseph P. Rooney, Esquire Gaston, Snow, Motley & Holt 82 Devonshire Street Boston, Massachusetts 02109 | Burnham & Co. (Robertson Action) Marshall, Bratter, Greene, Allison & Tucker 430 Park Avenue, New York  10022 |
| | | S. D. Lunt & Co. (Robertson Action) Holtzmann, Wise & Shepard 30 Broad Street, New York 10004 |
| D-1 | Richard J. Stull, Esquire Stull & Stull 6 East 45th Street New York, New York  10017 | Cogan, Berlind, Weill & Levitt (Robtson) Willkie, Farr & Galligher 1 Chase Manhattan Plaza New York  10005 |
| D-2 | Finley, Kumble, Underberg, Persky & Roth 477 Madison Ave. New York, New York 10022 | JOSEPH GODFREY Richard Rodwin, Esquire Rodwin & Rodwin 420 Lexington Avenue New York 17, New York |
| D-3 | Weiner & Schoifet, Esqs. 75 Paterson St. New Brunswick, New Jersey 08903 | REYNOLDS & CO. Daniel E. Kirsch, Esquire Townsend & Lewis 120 Broadway New York, New York  10005 |
| D-4 | Marshall A. Jacobs, Esquire Jacobs, Persinger & Parker 70 Pine Street New York, New York  10005 | Delafield & Delafield 140 Broadway, New York |
| | A. Duane Vieth, Esquire Arnold & Porter 1229-19th Street, N.W. Washington, D.C.  20036 | ~~Josephthal & Co.~~ ~~120 Broadway, New York~~ ~~120 B.~~ |
| D-5 | Witman & Ransom 80 Broad St. New York, New York 10004 | Francis E. Koch, Esq. Windels, Merritt & Ingraham 40 Wall St., N.Y. 10005 |

**ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

## DESCRIPTION OF LITIGATION

MULTIDISTRICT PRIVATE SECURITIES ACTIONS INVOLVING REVENUE PROPERTIES COMPANY LIMITED

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| D-6 | Richard J. Wertheimer, Esquire<br>Arnold & Porter<br>1229 Nineteenth St., N.W.<br>Washington, D.C.   20036 | GARDNER WATSON LIMITED<br>Jerome J. Londin, Esquire<br>Carro, Spanbock & Londin<br>10 East 40th Street<br>New York, New York   10016<br><br>Doherty Roadhouse & McCuaid Bros.<br>335 Bay Street<br>Toronto, Ontario, Candad<br><br>F. H. Deacon & Company Limited<br>181 Bay Street<br>Toronto, Ontario, Candad |
| D-7 | Weiner & Schoifet   (Same as D-3) | |
| D-8 | Shearman & Sterling<br>53 Wall St.<br>New York, New York 10005 | HIRSCH * CO.<br>Llewllyn P. Young, Esquire<br>1 Wall Street<br>New York, New York   10005 |
| D-9 | Curtis, Mallet-Prevost, Colt & Mosle<br>100 Wall St. *Same as A-5*<br>New York, New York<br><br>Gaston, Snow, Motley & Holt<br>82 Devonshire St.<br>Boston, Mass. 02109<br><br>Peter M. Saparoff, Esq.<br>82 Devonshire St.<br>Boston, Mass. | Hayden Stone Inc.<br>25 Broad St.<br>New York, New York   10004<br><br>Hambrecht & Quist<br>7 Hanover<br>New York, New York   10005<br><br>M. H. Deckard & Co., Inc.<br>822 N. Broadway<br>Santa Ana, Calif. 92701 |
| D-10 | Norman Coliver<br>Dinkelspiel & Dinkelspiel<br>111 Pine Street<br>San Francisco, California   94111<br><br>ADDITIONAL COUNSEL<br>Robert J. Gloistein, Esq.<br>Orrick, Herrington, Rowley &<br>Sutcliffe<br>10th Fl., United Calif. Bank Bldg.<br>405 Montgomery St.<br>San Francisco, Calif. 94104 | |

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| D-11 | William R. Urga<br>Lionel Sawyer Collins & Wartman<br>302 E. Carson, Suite #800<br>Las Vegas, Nevada  385-2188 | |
| D-11 | Same as A-1<br>and<br><br>Surrey, Karasik, Green & Hill<br>1156 15th Street - N.W.<br>Washington, D. C. 20005 | |

DOCKET NO. 32

**ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

## DESCRIPTION OF LITIGATION

MULTIDISTRICT PRIVATE SEURITIES ACTIONS INVOLVING REVENUE PROPERTIES COMPANY LIMITED

| No. | Plaintiff | Defendant |
|---|---|---|
| | Loeb, Rohades & Co.<br>  Alvin K. Hellerstein, Esquire<br>Stroock & Stroock & Lavan<br>61 Broadway<br>New York, New York  10006 | Loeb, Rhoades & Co.<br>42 Wall St.<br>New York, New York 10005<br><br>Eastman, Dillon, Union Securities<br>& Co.<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br><br>C. B. Richard Ellis & Co.<br>5 Hanover Square<br>New York, New York 10004<br><br>Coggeshalll & Hicks<br>1 Liberty St.<br>New York, New York 10005<br><br>Wood, Struthers & Winthrop<br>20 Exchange Pl.<br>New York, New York 10005<br><br>Shields & Co.<br>44 Wall St.<br>New York, New York 10005<br><br>Filor, Bullard & Smyth<br>26 Broadway<br>New York, New York 10004<br><br>Seiden & De Cuevas Inc.<br>110 Wall St.<br>New York, New York 10005<br><br>Jones Hewart & Co. Ltd.<br>44 King St. W.<br>Toronto, Canada<br><br>Blair & Co., Inc.<br>20 Broad St.<br>New York, New York 10005<br><br>Kidder, Peabody & Co.<br>20 Exchange Pl.<br><br>New York, New York 1005 |

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| | | Andresen & Co.<br>140 Broadway<br>New York, New York 10005 |
| | | Charles Plohn & Co.<br>200 Park Ave.<br>New York, New York 10017 |
| | | Model, Roland & Co., Inc.<br>120 Broadway<br>New York, New York 10005 |
| | | Halle & Steiglitz, Inc.<br>52 Wall St.<br>New York, New York 10005 |
| | | Cohn, Delaire & Kaufman<br>74 Trinity Pl.<br>New York, New York 10006 |
| | | E.T. Lynch & Co. Ltd.<br>National Trust Bldg.<br>20 King St. East<br>Toronto, Canada |
| D-5<br>D-8 | | COHN, DELAIRE & KAUFMAN<br>Norman W. Bernstein, Esquire<br>Hays, Feuer, Porter & Spanier<br>445 Park Avenue<br>New York, New York  10022 |

p. _____

# ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __32__ --   Revenue Properties Company Limited
_____

LIAISON COUNSEL
_____

| Plaintiff | Defendant |
|---|---|
| Herrick, Smith, Donald, Farley & Ketchum<br>294 Washington Street<br>Boston, Massachusetts 02108 | Hill and Barlow<br>225 Franklin Street<br>Boston, Massachusetts 02110 |
| Demov, Morris, Levin & Shein<br>1180 Avenue of the Americas<br>New York, New York  10036 | Nutter, McClennen & Fish<br>75 Federal Street<br>Boston, Massachustts  02110 |
|  | _// Order. Itts._<br>Dewey, Ballantine, Bushby, Palmer & Wood<br>140 Broadway<br>New York, New York  10005<br>  Attn:  Bob Denham, Esquire |
| D-12   Frank R. Greenberg, Esq.<br>Barr, Bennett & Fullen<br>One Battery Park Plaza<br>New York, New York | Charles L. Trowbridge, Esq.<br>Gifford, Woody, Carter & Hays<br>One Wall Street<br>New York, New York |

ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

MULTIDISTRICT PRIVATE SECURITIES ACTIONS INVOLVING REVENUE PROPERTIES
COMPANY LIMITED

| No. | Plaintiff | Defendant |
|---|---|---|
|  | HIRSCH & CO.<br>JOSEPHTHAL & CO.<br>OPPENHEIMER & CO.<br>   Marvin E. Pollock, Esquire<br>   Guggenheimer & Untermyer<br>   80 Pine Street<br>   New York, New York   10005 | Burnham & Co<br>60 Broad Street, New York<br><br>Kuhn, Loeb & Co.<br>40 Wall Street, New York 10005<br><br>Equitable Securities, Morton & Co., Inc.<br>2 Wall Street, New York 10005<br><br>Goodbody & Co.<br>55 Broad Street, New York<br><br>W. E. Hutton & Co.<br>14 Wall Street, New York<br><br>Hirsch & Co., Inc.<br>25 Broad Street, New York 10004<br><br>Bacon, Whipple & Co.<br>One Chase Manhattan Plaza, New York 10005<br><br>Bateman, Eichler, Hill Richards, Inc.<br>460 South Spring Street<br>Los Angeles, California 90013<br><br>Bosworth, Sullivan & Co., Inc.<br>27 William Street, New York<br><br>J. C. Bradford & Co., Inc.<br>170 Fourth Avenue North<br>Nashville, Tennessee 37219<br><br>Butcher & Sherrard<br>50 Broad Street, New York<br><br>Dain, Kalman & Quail, Inc.<br>14 Wall Street, New York<br><br>Fulton, Reid & Staples, Inc.<br>2100 East Ohio Building<br>Cleveland, Ohio  44114<br><br>The Robinson-Humphrey Co., Inc.<br>55 Board Street, New York |

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| | | Sutro & Co.<br>80 Pine Street, New York |
| | | Crowell, Weedon & Co.<br>629 S. Spring Street<br>Los Angeles, California 90014 |
| | | R. G. Dickinson & Co.<br>910 Grand Avenue<br>Des Moines, Iowa |
| | | Funk, Hobbs & Hart, Inc.<br>National Bank of Commerce Building<br>San Antonio, Texas |
| | | Greenshields & Co., Inc.<br>64 Wall Street<br>New York, New York |
| | | Raffensperger, Hughes & Co., Inc.<br>20 N. Meridian Street<br>Indianapolis, Indiana |
| | | Arthurs, Lestrange & Co.<br>2 Gateway Center, Pittsburgh, Pa. |
| | Birr, Wilson & Co.<br>    Bronson, Bronson & McKinnon<br>    255 California St., San Fran 94011 | Birr, Wilson & Co., Inc.<br>26 Beaver Street, New York |
| | | Kay, Richards & Co.<br>Union Trust Building, Pittsburgh, Pa. |
| | | S. D. Lunt & Co.<br>120 Broadway, New York |
| | | Moore Leonard & Lynch, Inc.<br>74 Trinity Place, New York |
| | | J. Cliff Rahel & Co., Inc.<br>1605 Howard Street, Omaha, Nebr. |
| | | Cogen, Berlind, Weill & Levitt, Inc.<br>765 Fifth Avenue, New York  10022 |
| | | Bear, Stearns & Co.<br>One Wall Street, New York 10005 |
| | | Charles J. Hodge, Thomas D. Mann,<br>Glore Forgan, Wm. R. Staats, Inc.<br>45 Wall Street<br>New York, New York |
| | Frank R. Cohen<br>    I. Louis Winokur, Esq.<br>    88-02 Sutphin Boulevard<br>    Jamaica, New York  11435 | Frank R. Cohen, Esq.<br>Farber, Cohen & Diamond<br>608 Fifth Avenue<br>New York, New York |

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
|  | Birr, Wilson & Co.<br>    Bronson, Bronson & McKinnon<br>    255 California St., San Fran 94011 | Sutro & Co.<br>80 Pine Street, New York<br><br>Crowell, Weedon & Co.<br>629 S. Spring Street<br>Los Angeles, California 90014<br><br>R. G. Dickinson & Co.<br>910 Grand Avenue<br>Des Moines, Iowa<br><br>Funk, Hobbs & Hart, Inc.<br>National Bank of Commerce Building<br>San Antonio, Texas<br><br>Greenshields & Co., Inc.<br>64 Wall Street<br>New York, New York<br><br>Raffensperger, Hughes & Co., Inc.<br>20 N. Meridian Street<br>Indianapolis, Indiana<br><br>Arthurs, Lestrange & Co.<br>2 Gateway Center, Pittsburgh, Pa.<br><br>Birr, Wilson & Co., Inc.<br>26 Beaver Street, New York<br><br>Kay, Richards & Co.<br>Union Trust Building, Pittsburgh, Pa.<br><br>S. D. Lunt & Co.<br>120 Broadway, New York<br><br>Moore Leonard & Lynch, Inc.<br>74 Trinity Place, New York<br><br>J. Cliff Rahel & Co., Inc.<br>1605 Howard Street, Omaha, Nebr.<br><br>Cogen, Berlind, Weill & Levitt, Inc.<br>765 Fifth Avenue, New York  10022<br><br>Bear, Stearns & Co.<br>One Wall Street, New York 10005<br><br>Charles J. Hodge, Thomas D. Mann,<br>Glore Forgan, Wm. R. Staats, Inc.<br>45 Wall Street<br>New York, New York |
|  | Frank R. Cohen<br>    I. Louis Winokur, Esq.<br>    88-02 Sutphin Boulevard<br>    Jamaica, New York  11435 | Frank R. Cohen, Esq.<br>Farber, Cohen & Diamond<br>608 Fifth Avenue<br>New York, New York |

## ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

MULTIDISTRICT PRIVATE SECURITIES ACTIONS INVOLVING REVENUE PROPERTIES
COMPANY LIMITED

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
|  |  | Seymour Baskin, George Coleman, Berko Devor, Edwin Alfred Bastedo, Myer Levine & Sara Tuberman Revenue Properties Company Limited 12 Sheppard Street Toronto 1, Ontario, Canada |
|  |  | Robert C. Stone F. H. Deacon & Co., Itd. 32 Forst Brook Crescent Toronto, Ontario, Canada |
|  |  | Robert A. F. Sutherland, Q. C. Borden, Elliot, Kelley & Palmer 250 University Avenue Toronto 1, Ontario, Canada |
|  |  | Turtle Investments Limited Tortoise Venture Limited Toronto Dominion Center Bank Tower Toronto 1, Ontario, Canada |
|  |  | Norton Cooper, Esther Rubin Cooper Toronto Dominion Center Bank Tower Toronto 1, Ontario, Canada |
|  |  | W. D. Latimer Co., Limited 199 Bay Street Toronto 1, Ontario, Canada |
|  |  | Rubin Holdings Toronto Dominion Center Post Office Box 296 Toronto, Ontario, Canada |

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
|     |           | Mr. Irving P. Grace<br>25 Broadway<br>New York, New York<br><br>Mr. George G. Reiss<br>1391 Sturl Avenue<br>Hewlett, Long Island<br>New York, New York<br><br>Neuberger & Berman<br>120 Broadway<br>New York, New York<br><br>A. W. Jones & Co.<br>55 Broad Street<br>New York, New York<br><br>A. W. Jones Associates<br>55 Broad Street<br>New York, New York<br><br>REYNOLDS & CO.<br>Eliot H. Lumbard, Esquire<br>Spear and Hill<br>63 Wall Street<br>New York, New York  10005 |

DOCKET NO. 32

## ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

MULTIDISTRICT PRIVATE SECURITIES ACTIONS INOVLVING REVENUE PROPERTIES COMPANY
LIMITED

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| | A. L. STAMM & CO.<br>  Norman Winer, Esquire<br>  Nathan, Mannheimer, Asche, Winer<br>    & Friedman<br>  295 Madison Avenue<br>  New York, New York  10017 | Gilligan, Will & Co.<br>22 Thames St.<br>N.Y., New York 10006<br><br>Charles King & Co.<br>61 Broadway<br>N.Y., New York 10005<br><br>Dean Witter & Co., Inc.<br>45 Montgomery St.<br>San Francisco, Calif. 94106<br><br>Clark, Dodge & Co., Inc.<br>140 Broadway<br>N.Y., New York 10005<br><br>A. L. Stamm & Co.<br>120 Broadway<br>New York, New York 10005<br><br>H. Hentz & Co.<br>72 Wall St.<br>New York, New York 10005<br><br>J. R. Timmins & Co.<br>37 Wall St.<br>New York, New York 10005<br><br>Rafkind & Co., Inc.<br>55 Broad St.<br>New York, New York 10004<br><br>Auchincloss, Parker & Redpath<br>1705 H St., N.W.<br>Washington, D. C. 20006<br><br>Dempsey-Tegeler & Co. Inc.<br>1000 Locus St.<br>St. Louis, Mo. 63101<br><br>Arthur Lipper Corp.<br>140 Broadway<br>New York, New York 10004 |

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
|  |  | Oppenheimer & Co 4 New York Plaza New York, New York 10004 |
|  |  | Hornblower & Week Hemphill, Noyes 8 Hanover St. New York, New York 10004 |
|  |  | Walston & Co., Inc. 74 Wall St. New York, New York 10004 |
|  |  | Francis I, dupont 1 Wall St. New York, New York 10005 |
|  |  | Paine, Webber, Jackson & Curtis 140 Broadway New York, New York 10004 |
|  |  | Shearson, Hammill & Co., Inc. 14 Wall St. New York, New York 10005 |
|  |  | Pershing & Co. 120 Broadway New York, New York 10005 |
|  |  | Spingarn, Heiner & Co. 37 Wall St. New York, New York 10005 |
|  |  | Orvis Bro. & Co. 30 Broad St. New York, New York 10004 |
|  |  | Spear, Leeds & Kellogg 111 Broadway New York, New York 10006 |
|  |  | Harris, Upham & Co. 120 Broadway New York, New York 10005 |
|  |  | Swiss American Corp. 25 Pine St. New York, New York 10005 |
|  |  | Weis, Voisin, Cannon, Inc. 111 Broadway New York, New York 10006 |

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| | | Oppenheimer & Co. ~~4 New York Plaza~~ ~~New York, New York 10004~~ |
| | | Hornblower & Week Hemphill, Noyes 8 Hanover St. New York, New York 10004 |
| | | Walston & Co., Inc. 74 Wall St. New York, New York 10004 |
| | | Francis I, dupont 1 Wall St. New York, New York 10005 |
| | | Paine, Webber, Jackson & Curtis 140 Broadway New York, New York 10004 |
| | | Shearson, Hammill & Co., Inc. 14 Wall St. New York, New York 10005 |
| | | Pershing & Co. 120 Broadway New York, New York 10005 |
| | | Spingarn, Heiner & Co. 37 Wall St. New York, New York 10005 |
| | | Orvis Bro. & Co. 30 Broad St. New York, New York 10004 |
| | | Spear, Leeds & Kellogg 111 Broadway New York, New York 10006 |
| | | Harris, Upham & Co. 120 Broadway New York, New York 10005 |
| | | Swiss American Corp. 25 Pine St. New York, New York 10005 |
| | | Weis, Voisin, Cannon, Inc. 111 Broadway New York, New York 10006 |

p. 1

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.  32  --  REVENUE PROPERTIES

COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| REVENUE PROPERTIES CO. LTD | D-12 |
| ALEX J. RUBIN | D-12 |
| HARRY RUBIN | D-12 |
| BENKO DEVOR | D-12 |
| EDWIN ALFRED BASTEDO | D-12 |
| MYER LEVINE | D-12 |
| ROBERT A.F. SUTHERLAND | D-12 |
| GEORGE COLEMAN | D-12 |
| SARA TUBERMAN | D-12 |
| JOHN RUSSELL CAMPBELL | D-12 |

p. _____

| | |
|---|---|
| HELMUTH FROST | D-12 |
| SAMUEL GOTFRID | D-12 |
| ROBERT C. STONE | D-12 |
| CHARLES J. HODGE | D-12 |
| TOUCHE, ROSS, BAILEY & SMART | D-12 |
| GLORE FORGAN | D-12 |
| WM. R. STAATS, INC. | D-12 |
| KUHN, LOEB & CO. | D-12 |
| BACHE & CO. | D-12 |
| BEAR STEARNS & CO. | D-12 |
| CLARK, DODGE & CO. | D-12 |

JP-32 -- Revenue
Properties Lit.

**A**

| | A-1 | A-2 | A-3 | A-4 | A-5 | A-6 | A-7 | A-8 | B-1 | B-2 | C-1 | C-2 | | D-1 | D-2 | D-3 | D-4 | D-5 | D-6 | D-7 | D-8 | D-9 | D-11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A.G. Edwards & Sons | | | | | | | | | | | | | | | | | | | | | | | |
| Arthurs, Lestrange & Co. | | | | | | | | | | | | | | | | | | | | | | | |
| A. E. Masten & Co. | | | | | | | | | | | | | | | | | | | | | | | |
| A. E. Ames & Co. | | | | | | | | | | | | | | | | | | | | | | | |
| A. E. Ames & Co., Ltd. | | | | | | | | | | | | | | | | | | | | | | | |
| A. W. Jones & Co. | | | | | | | | | | | | | | | | | | | | | | | |
| A. W. Jones Associates | | | | | | | | | | | | | | | | | | | | | | | |
| Andresen & Co | | | | | | | | | | | | | | | | | | | | | | | |
| A. L. Stamm & Co. | | | | | | | | | | | | | | | | | | | | | | | |
| Auchincloss, Parker & Redpath | | | | | | | | | | | | | | | | | | | | | | | |
| Arthur Lipper Corp | | | | | | | | | | | | | | | | | | | | | | | |

**B**

| | A-1 | A-2 | A-3 | A-4 | A-5 | A-6 | A-7 | A-8 | B-1 | B-2 | C-1 | C-2 | | D-1 | D-2 | D-3 | D-4 | D-5 | D-6 | D-7 | D-8 | D-9 | D-11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bach & Co., Inc. | | | | | | | | | | | | | | | | | | | | | | | |
| Bear, Stearns & Co. | | | | | | | | | | | | | | | | | | | | | | | |
| Blair & Co., Inc. | | | | | | | | | | | | | | | | | | | | | | | |
| Bacon, Whipple & Co. | | | | | | | | | | | | | | | | | | | | | | | |
| Bateman, Eichler, Hill Richards Inc. | | | | | | | | | | | | | | | | | | | | | | | |
| Boettcher & Co. | | | | | | | | | | | | | | | | | | | | | | | |
| Bosworth, Sullivan & Co., Inc. | | | | | | | | | | | | | | | | | | | | | | | |
| Butcher & Sherrard | | | | | | | | | | | | | | | | | | | | | | | |
| Birr, Wilson & Co., Inc. | | | | | | | | | | | | | | | | | | | | | | | |
| Burns Bros. & Denton, Inc. | | | | | | | | | | | | | | | | | | | | | | | |
| Baskin, Seymour | | | | | | | | | | | | | | | | | | | | | | | |
| Bastedo, Edwin Alfred | | | | | | | | | | | | | | | | | | | | | | | |
| Burnham & Co. | | | | | | | | | | | | | | | | | | | | | | | |

**C**

| | A-1 | A-2 | A-3 | A-4 | A-5 | A-6 | A-7 | A-8 | B-1 | B-2 | C-1 | C-2 | | D-1 | D-2 | D-3 | D-4 | D-5 | D-6 | D-7 | D-8 | D-9 | D-11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Coleman, George | | | | | | | | | | | | | | | | | | | | | | | |
| Cohen, Frank R. | | | | | | | | | | | | | | | | | | | | | | | |
| Cooper, Norton | | | | | | | | | | | | | | | | | | | | | | | |
| Cooper, Esther Rubin | | | | | | | | | | | | | | | | | | | | | | | |
| Clark, Dodge & Co., Inc. | | | | | | | | | | | | | | | | | | | | | | | |
| Carter, Berlind & Weill, Inc. | | | | | | | | | | | | | | | | | | | | | | | |
| Courts & Co. | | | | | | | | | | | | | | | | | | | | | | | |
| Campbell, John Russell | | | | | | | | | | | | | | | | | | | | | | | |
| Crowell, Weedon & Co. | | | | | | | | | | | | | | | | | | | | | | | |
| Cornfeld, Bernard | | | | | | | | | | | | | | | | | | | | | | | |
| Cowett, Edward M. | | | | | | | | | | | | | | | | | | | | | | | |
| Charles King & Co. | | | | | | | | | | | | | | | | | | | | | | | |
| C B Richard Ellis & Co | | | | | | | | | | | | | | | | | | | | | | | |
| Coggeshall & Hicks | | | | | | | | | | | | | | | | | | | | | | | |
| Charles Plohn & Co | | | | | | | | | | | | | | | | | | | | | | | |
| Cogan, Delano & Lauckman | | | | | | | | | | | | | | | | | | | | | | | |

| JP-32 — Revenue Properties Lit. | A-1 | A-2 | A-3 | A-4 | A-5 | A-6 | A-7 | A-8 | B-1 | B-2 | C-1 | C-2 | | | D-1 | D-2 | D-3 | D-4 | D-5 | D-6 | D-7 | D-8 | D-9 | D-14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Devor, Berko | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | ✓ | ✓ | ✗ | ✗ | | | | | | | ✓ | | | ✓ |
| Dominick & Dominick, Inc | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | ✓ | | | ✓ | ✓ | ✓ | ✓ | | | ✓ | | | ✓ |
| Dain, Kalman & Quail, Inc. | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | ✓ | | | ✓ | ✓ | ✓ | ✓ | | | ✓ | | | ✓ |
| Dominion Securities Corp | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | ✓ | | | ✓ | ✓ | ✓ | ✓ | | | ✓ | | | ✓ |
| Dreyfus & Co. | | | | | | | | | | | | ✓ | | | | | | | | | | | | |
| Delafield & Delafield | | | | | | | | | | | | | | | | | | | | | | | ✓ | |
| Doherty Roadhouse & McCuaid Bros. | | | | | | | | | | | | | | | | | | | ✓ | | | | | |
| Dean Whitter & Co., Inc. | | | | | | | | | | | | | | | | | | | | | | ✓ | | |
| Dempsey Tegeler & Co | | | | | | | | | | | | | | | | | | | | | | ✓ | | |
| Equitable Securities, Morton & Co., Inc. | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | ✓ | | | ✓ | ✓ | ✓ | ✓ | | | ✓ | | | |
| E. R. Davenport & Co., Inc. | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | ✓ | | | ✓ | ✓ | ✓ | ✓ | | | ✓ | | | ✓ |
| Eastman Dillon Union Securities | | | | | | | | | | | | | | | | | | | | | | | | |
| E. F. Lynch & Co | | | | | | | | | | | | | | | | | | | | | | | | |
| Euler, Bullard & Smyth | | | | | | | | | | | | | | | | | | | | | | | | |
| Frost, Helmut | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | ✓ | ✓ | | | | ✓ | | | | | ✓ | | ✓ | ✓ |
| Frist of Michigan Corp | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | ✓ | | | | | | | | | ✓ | | ✓ | ✓ |
| Fulton, Reid & Staples Inc. | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | ✓ | | | | ✓ | ✓ | ✓ | | | ✓ | | ✓ | ✓ |
| Funk, Hobbs & Hart, Inc. | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | ✓ | ✓ | ✓ | | | ✓ | | ✓ | ✓ |
| Funds of Funds Ltd. | | | | | | | | | | | | | | | | | | | | | | | | |
| F. H. Deacon & Co Ltd. | | | | | | | | | | | | | | | | | | | | | | ✓ | | |
| Frances I. duPont & Co | | | | | | | | | | | | | | | | | | | | | | ✓ | | ✓ |
| Gotfrid, Samuel | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | ✓ | ✓ | | | ✓ | ✓ | ✓ | ✓ | | | ✓ | | ✓ | ✓ |
| Gotfrid, A.RUBIN, S.Rubin, as they are trustees of Harry Rubin Family Trust | | | | | | | | | | | | ✗ | | | ✓ | ✓ | ✓ | ✓ | | | ✓ | | ✓ | ✓ |
| Gotfrid, B.Rubin, H.Rubin, as they are trustees of Harry Rubin Family Trust | | ✓ | | ✓ | ✓ | | | | | | | | | | | | | | | | | | | ✓ |
| Glore Forgan, Wm. R. Staats, Inc | | | | | | | | | | | | | | | | | | | | | | | | |
| Goodbody & Co. | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | | | ✓ | | ✓ | ✓ |
| Greenshields & Co.,Inc. | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | ✓ | | | ✓ | ✓ | ✓ | ✓ | | | ✓ | | ✓ | ✓ |
| Green & Ladd | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | ✓ | | | ✓ | ✓ | ✓ | ✓ | | | ✓ | | ✓ | ✓ |
| Godfrey, Joseph | | | | | | | | | | | | | | | | | | | | | | | | |
| Gotfrid, B. Rubin, H. Rubin, as they are trustees of the Alex J. Rubin Family Trust | | ✓ | | ✓ | ✓ | | | | | | | ✗ | | | | ✓ | ✓ | ✓ | | | ✓ | | ✓ | ✓ |
| Grace Canadian Securities, Inc. | | | | | | | | | | ✓ | | | | | | | | | | | | | | |
| Grace, Irving P. | | | | | | | | | | | | | | | | | | | | | | | | |
| Gardiner Watson Ltd. | | | | | | | | | | | | | | | | | | | ✓ | | | | | |
| Gilligan Will & Co. | | | | | | | | | | | | | | | | | | | | | ✓ | | | |
| Grant Investment Ltd | | | | | | | | | | | | | | | | | | | | | | ✓ | | |

JP-32 -- Revenue Properties Lit.

| Firm | A-1 | A-2 | A-3 | A-4 | A-5 | A-6 | A-7 | A-8 | B-1 | B-2 | C-1 | C-2 | XX | D-1 | D-2 | D-3 | D-4 | D-5 | D-6 | D-7 | P-8 | D-9 | D-11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hodge, Charles J. | X | X | X | X | X | | | | | | X | X | | | X | X | X | X | | | | | X |
| H. Hentz & Co. | X | X | X | | | | | | | | | X | | | X | X | X | X | | X | | X | X |
| Hirsch & Co., Inc. | X | X | | X | X | | | | | | | X | | | X | X | X | X | | X | X | X | X |
| Howard, Weil, Labouisse, Friedrichs & Co. | | | | | | | | | | | | X | | | X | X | X | X | | | X | X | X |
| Halle & Steiglitz | | | | | | | | | | | | X | | | X | X | X | X | | | X | X | X |
| Harris & Partners Inc. | | X | X | X | X | | | | | | | X | | | X | X | X | X | | X | X | X | X |
| Hirtzlauer & Wells Hemphill Noyes | | | | | | | | | | | | | | | | | | | | | X | | |
| Harris, Upham & Co | | | | | | | | | | | | | | | | | | | | | | | |
| Hambrecht & Quist | | | | | | | | | | | | | | | | | | | | | | X | |
| Interstate Securities Corp | X | | X | X | X | | | | | | | X | | | X | X | | | | X | | X | X |
| I.O.S. Limited | | | | | | | | | | | | | | X | | | | | | | | | |
| J. R. Timmins & Co. | | | | | | | | | | | | | | | | | | | | | X | | |
| J. Barth & Co. | X | X | X | X | X | | | | | | | X | | | X | X | X | X | | | | X | X |
| J.C. Bradford & Co., Inc. | X | X | X | X | X | | | | | | | X | | | X | X | X | X | | X | | X | X |
| John G. Kinnard & Co., Inc. | X | X | X | X | X | | | | | | | X | | | X | X | X | X | | X | | X | X |
| J. Cliff Rahel & Co., Inc. | | | X | X | X | | | | | | | X | | | X | X | X | X | | X | | X | |
| Josephthal & Co. | | | | | | | | | | | | | | | | | | | | | X | | |
| James Heward & Co | | | | | | | | | | | | | | | | | | | | | X | | |
| Kuhn, Loeb & Co. | | | | | | | | | | | | X | | | X | X | X | X | | X | | X | X |
| Kohlmeyer & Co. | X | X | X | X | X | | | | | | | X | | | X | X | X | X | | X | | X | X |
| Kay, Richards & Co. | | | | | | | | | | | | X | | | X | X | X | X | | X | | X | X |
| Kidder, Peabody & Co | | | | | | | | | | | | | | | | | | | | | X | | |
| Lester, Ryons & Co. | X | X | X | X | | | | | | | | X | | | X | X | X | X | | X | X | X | X |
| Loewi & Co., Inc. | X | X | X | X | X | | | | | | | X | | | X | X | X | X | | X | X | X | X |
| Levine, Myer | X | X | X | X | | X | | | X | | X | X | | X | X | X | | | | | | | |
| Loeb, Rhoades & Co. | | | | | | | | | | | | | | | | | | | | | | X | |
| Lynch, Jones & Ryan | | | | | | | | | | | | | | | | | | | | | X | | |
| Lobe & Co | | | | | | | | | | | | | | | | | | | | | X | | |
| Hayden, Stone Inc | | | | | | | | | | | | | | | | | | | | | X | | |

JP-32 -- Revenue
Properties Lit.

Column headers: A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, B-1, B-2, C-1, C-2, X, X, D-1, D-2, D-3, D-4, D-5, D-6, D-7, D-8, D-9, D-11

- McDonnell & Co., Inc.
- McDonald & Co.
- Mitchum Jones & Templeton Inc.
- Milwaukee Company
- Moore, Leonard & Lynch Inc.
- Morgan, Olmstead, Kennedy & Gardner Inc.
- Mann, Thomas D.
- *Model Roland & Co, Inc*
- *M.A. Deckard & Co, Inc*
- Newhard, Cook & Co.
- National Trust Co. Ltd. of Toronto
- Neuberger & Berman
- *Oppenheimer & Co*
- Piper, Jaffray & Hopwood
- *Bine, Webber, Jackson & Curtis*
- *Pershing & Co*
- Revenue Properties Co. Ltd.
- Rubin, Alex J.
- Rubin, Harry
- R. W. Presprich & Co. Inc.
- Robert W. Baird & Co. Inc.
- Rauscher Pierce & Co. Inc.
- Reinholdt & Gardner
- R. G. Dickinson & Co.
- Roberts, Scott & Co., Inc.
- Raffensperger, Hughes & Co. Inc.
- Robinson, Humphrey Co. Inc.
- Reynolds & Co.
- Rubin, Harry, Family Trust
- Rubin, Alex J., Familey Trust
- Reiss, George R.
- Rubin, Bertha
- Rubin, Shirley
- Robinson, Lynch & Co.
- *Lafkind & Co, Inc*
- *Cruis Bras & Co*

JP-32 -- Revenue
Properties Lit.

| | A-1 | A-2 | A-3 | A-4 | A-5 | A-6 | A-7 | A-8 | B-1 | B-2 | C-1 | C-2 | | | D-1 | D-2 | D-3 | D-4 | D-5 | D-6 | D-7 | D-8 | D-9 | D-11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Stone, Robert C. | | | | | | | | | | | | | | | | | | | | | | | | |
| Robert A. F. Sutherland | | | | | | | | | | | | | | | | | | | | | | | | |
| Stein Bros. & Boyce, Inc. | | | | | | | | | | | | | | | | | | | | | | | | |
| Sutro & Co. | | | | | | | | | | | | | | | | | | | | | | | | |
| Schneider, Bernet & Hickman Securities Corp. | | | | | | | | | | | | | | | | | | | | | | | | |
| S. D. Lunt & Co. | | | | | | | | | | | | | | | | | | | | | | | | |
| Scharff & Jones, Inc. | | | | | | | | | | | | | | | | | | | | | | | | |
| Suplee, Mosley, Close & Kerner | | | | | | | | | | | | | | | | | | | | | | | | |
| Sutner, Bernard Robert | | | | | | | | | | | | | | | | | | | | | | | | |
| Schwabacher & Co. | | | | | | | | | | | | | | | | | | | | | | | | |
| Shearson, Hammill Co | | | | | | | | | | | | | | | | | | | | | | | | |
| Singard, Heine & Co | | | | | | | | | | | | | | | | | | | | | | | | |
| Touche, Ross & Co. | | | | | | | | | | | | | | | | | | | | | | | | |

(C. W. Bennett, P. F. Brophy, P. E. Cruise, H. Dysart, A. J. Frankel, S. E. Hart, A. R. Hills, R. G. Lucas, J. M. Lynch, R. J. Markhus, S. J. Moshcovitz, E. J. Nangle, A. Petersen, J. J. Randall, Raymond J. Revers, T. F. Tucker & D. C. Wiese d/b/a Touche, Ross & Co.)

| | A-1 | A-2 | A-3 | A-4 | A-5 | A-6 | A-7 | A-8 | B-1 | B-2 | C-1 | C-2 | | | D-1 | D-2 | D-3 | D-4 | D-5 | D-6 | D-7 | D-8 | D-9 | D-11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Turtle Investments Ltd | | | | | | | | | | | | | | | | | | | | | | | | |
| Tortiose Ventures Ltd | | | | | | | | | | | | | | | | | | | | | | | | |
| Thomson & McKinnon | | | | | | | | | | | | | | | | | | | | | | | | |
| Thornton, Farish & Gauntt, Inc. | | | | | | | | | | | | | | | | | | | | | | | | |
| Tuberman, Sara | | | | | | | | | | | | | | | | | | | | | | | | |
| Trustees of the 2nd Shirley Rubin Family Trust, as they are Trustees of the 2nd Shirley Rubin Family Trust | | | | | | | | | | | | | | | | | | | | | | | | |
| Touche, Ross, Bailey & Smart | | | | | | | | | | | | | | | | | | | | | | | | |
| Trustees of the 2nd Shirley Rubin Family Trust, as they are Trustees of the 2nd Shirley Rubin Family Trust | | | | | | | | | | | | | | | | | | | | | | | | |
| W. E. Hutton & Co. | | | | | | | | | | | | | | | | | | | | | | | | |
| W. C. Langley & Co. | | | | | | | | | | | | | | | | | | | | | | | | |
| Wm. P. Harper & Son & Co., Inc. | | | | | | | | | | | | | | | | | | | | | | | | |
| White, Weld & Co. | | | | | | | | | | | | | | | | | | | | | | | | |
| W. D. Latimer Co. Ltd. | | | | | | | | | | | | | | | | | | | | | | | | |
| Webster & Co., Inc | | | | | | | | | | | | | | | | | | | | | | | | |
| Weiss Voisin Cannon Inc | | | | | | | | | | | | | | | | | | | | | | | | |
| Wood Struthers & Winthrop | | | | | | | | | | | | | | | | | | | | | | | | |
| Spear, Leeds & Kellogg | | | | | | | | | | | | | | | | | | | | | | | | |
| Spingg American | | | | | | | | | | | | | | | | | | | | | | | | |
| Stella & Co | | | | | | | | | | | | | | | | | | | | | | | | |
| Suidea & De Cuevas Inc | | | | | | | | | | | | | | | | | | | | | | | | |